UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN ROWLEY,<br><br>Plaintiff(s),<br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C26-2103-KKE<br><br>SCHEDULING ORDER |

Having reviewed the Joint Status Report and Discovery Plan submitted by the parties (Dkt. No. 10), the Court hereby orders that this case shall conform to the following schedule:[1]

| **Event** | **Date** |
|---|---|
| Deadline for Defendant to produce copy of administrative record to Plaintiff | October 1, 2026 |
| Deadline to file administrative record<br><br>Any motion to seal the administrative record shall be due on this same date. | January 8, 2027 |
| Plaintiff's motion for judgment on the administrative record under Federal Rule of Civil Procedure 52<br><br>Word limit: 8,400 words | January 8, 2027 |
| Defendant's combined cross-motion for judgment on the administrative record under Federal Rule of Civil Procedure 52 and opposition to Plaintiff's motion | February 19, 2027 |

[1] The Court also grants the parties leave to file overlength briefs.

| | |
|---|---|
| Word limit: 10,000 words | |
| Plaintiff's combined opposition to Defendant's cross-motion and reply<br><br>Word limit: 10,000 words | March 26, 2027 |
| Defendant's reply<br><br>Word limit: 8,400 words | April 16, 2027 |

A discovery deadline and an oral argument may be scheduled as needed. All other dates are specified in the Local Civil Rules. The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

Dated this 18th day of August, 2026.

Kymberly K. Evanson
United States District Judge